## Commonwealth *v.* Hammond, Appellant.

Before BLOOM, J.

Submitted December 9, 1968.
*Mervyn R. Turk,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.